302 F.2d 727
 CLARKE AND WINSLOW, a partnership, et al.
v.
UNITED STATES of America for the Use of the REYNOLDS ELECTRICAL AND ENGINEERING COMPANY, Inc., a Texas corporation.
 No. 6905.
 United States Court of Appeals Tenth Circuit.
 February 28, 1962.
 
 Appeal from the United States District Court for the District of Colorado.
 Gould & Moch, Denver, Colo., for appellants.
 Laurence W. DeMuth, Jr., Denver, Colo., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed February 28, 1962, pursuant to stipulation.